No. 05–229.  HOWSAM ET AL. *v.* SUPERIOR COURT OF CALIFORNIA, LOS ANGELES COUNTY.  Ct. App. Cal., 2d App. Dist.  Certiorari denied.

No. 05–275.  LOPEZ *v.* DRETKE, DIRECTOR, TEXAS DEPARTMENT OF CRIMINAL JUSTICE, CORRECTIONAL INSTITUTIONS DIVISION.  C. A. 5th Cir.  Certiorari denied.

No. 05–277.  NESE *v.* JULIAN NORDIC CONSTRUCTION CO. ET AL.  C. A. 7th Cir.  Certiorari denied.

No. 05–278.  MITCHELL *v.* METROPOLITAN LIFE INSURANCE CO. ET AL.  C. A. 5th Cir.  Certiorari denied.

No. 05–279.  BROCKWAY *v.* YALE UNIVERSITY ET AL.  C. A. 2d Cir.  Certiorari denied.

No. 05–287.  SALAZAR, SHERIFF, HUERFANO COUNTY, COLORADO *v.* GONZALES.  C. A. 10th Cir.  Certiorari denied.

No. 05–289.  MILES *v.* H-QUOTIENT, INC.  C. A. 4th Cir.  Certiorari denied.

No. 05–292.  CITY OF CINCINNATI, OHIO *v.* BARNES.  C. A. 6th Cir.  Certiorari denied.

No. 05–293.  DOE ET AL. *v.* MOORE, COMMISSIONER, FLORIDA DEPARTMENT OF LAW ENFORCEMENT, ET AL.  C. A. 11th Cir.  Certiorari denied.

No. 05–297.  SNYDER ET UX. *v.* COSBY.  C. A. 4th Cir.  Certiorari denied.

No. 05–304.  LORUSSO-SMITH *v.* GEORGIA DEPARTMENT OF CORRECTIONS ET AL.  C. A. 11th Cir.  Certiorari denied.

No. 05–308.  OFFICE PLANNING GROUP, INC. *v.* BARAGA-HOUSHTON-KEWEENAW CHILD DEVELOPMENT BOARD.  Sup. Ct. Mich.  Certiorari denied.

No. 05–311.  PARDUE *v.* CENTER CITY CONSORTIUM SCHOOLS OF THE ARCHDIOCESE OF WASHINGTON, INC., ET AL.  Ct. App. D. C.  Certiorari denied.